

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Gary Lee Corpian and
Marilu Lee Corpian,

\* From the 42nd District Court
   of Taylor County, Texas
   Trial Court No. 48,766-A.

Vs. No. 11-16-00081-CV

\* April 28, 2017

City of Abilene,

\* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has considered the parties' motion to dismiss this appeal with prejudice and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.